**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:20-CV-23116-ROSENBERG/REINHART**

GARDEN APARTMENTS, INC.,

      Plaintiff,

v.

CHUBB CUSTOM INSURANCE COMPANY,

      Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** comes before the Court upon Defendant's Motion for Attorneys' Fees. DE 49. The Court previously referred these Motions to the Honorable Bruce E. Reinhart for a Report and Recommendation. DE 55.

Judge Reinhart issued a Report and Recommendation ("R&R"), in which he recommended that Defendant's Motion for Attorneys' fees be granted, and that Defendant be awarded attorneys' fees of $34,460.00. DE 56. Plaintiff timely filed Objections to the R&R, DE 57, and Defendant filed a Response to those objections, DE 58. The Court has reviewed the Report and Recommendations, the Plaintiff's Objections, and the record and is otherwise fully advised in the premises. The Court agrees with Judge Reinhart's analysis and finds Judge Reinhart's conclusions and recommendations to be well reasoned and correct.

For the foregoing reasons, it is hereby **ORDERED and ADJUDGED** that:

1. Magistrate Judge Reinhart's Report and Recommendation on the Motion for Attorneys' Fees [DE 56] is **ADOPTED** as the Order of the Court.

2. Plaintiff's Objections to the Report and Recommendation [DE 57] are **OVERRULED**.

3. Defendant's Motion for Attorneys' Fees [DE 49] is **GRANTED**. Defendant is awarded attorneys' fees in the amount of $34,460.00.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 1st day of February, 2022.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record